PLAINTIFF:
John Adelman, PRO SE LITIGANT
POBOX 454, Salem, Massachusetts 01970-0454 Mailing
45 Broad St, #1, Salem, Massachusetts 01970 Physical

FILED
IN CLERKS OFFICE
'009 SEP . P 12 2

DISTRICT COURT
DISTRICT OF MASS.

DEFENDANTS:

Francis J Nolan
Harmon Law Offices, P.C.
(617) 558-8418
150 California St.
Newton MA 02458

**09 CA 11527 NG**

MAGISTRATE JUDGE Sorokin

Office of the Attoney General of the Commonwealth
One Ashburton Place
Boston, MA 02108
Phone: (617) 727-2200

Martha Coakley (as individual)
(781) 874-0974
46 Coolidge Rd,
Medford, MA 02155

The Complaint: Under US 28 U.S.C. § 1331 and This is in response to your request for information on how to file a complaint under title III of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973.

Title III prohibits discrimination based on disability in public accommodations. Private entities covered by title III include places of lodging, establishments serving food and drink, places of exhibition or entertainment, places of public gathering, sales or rental establishments, service establishments, stations used for specified public transportation, places of public display or collection, places of recreation, places of education, social service center establishments, and places of exercise or

recreation. Title III also covers commercial facilities (such as warehouses, factories, and office buildings), private transportation services, and licensing and testing practices.

Section 504 of the Rehabilitation Act of 1973 as amended is a federal law that prohibits discrimination against persons with disabilities by entities who receive federal funds. Section 504 actually codified constitutional equal protection for the rights of individuals with disabilities. Section 504 was closely modeled upon civil rights legislation and is intended to offer individuals with disabilities equal opportunity to pursue employment, educational and recreational goals free of discrimination.
Section 504 states that "No otherwise qualified handicapped individual ...shall, solely by reason of his handicap, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance..."

Harmon Law Firm sent me a fax explaining the Forclosure Salem of my property; 45 Broad Street, #1, Salem, Massachusetts was suspended indefinately due to the existance of a Forebearance Agreement. They have since forclosured on my property five months later. Francis J Nolan Harmon Law Offices, P.C. REFUSED to provide the Forebearance Agreement referred to in the fax to me.

Martha Coakley, knew or had reason to know of my complaints to her as I wrote to her directly and believe that she was Derelict in Her Duties as Attoney General of the Commonwealth of Massachusetts. She, the Attorney General of the Commonwealth of Massachusetts failed her Oath of Office, and failed her duty of care to protect Disabled Persons.

The Office of the Attorney General had refused access to protections under State and Federal Law. Her office was of no help and even told me that I was not to receive benefits of the Attorney General because I had spoken about using Court against the Commonwealth and its sub-sets and saw me, a disabled man as an ADVERSARY. This position did not change when

Martha Coakley took Office.

All DEFENDANTS know or had reason to know about my health and disabilities with letters and forms complete by Doctor Raymond Cavanaugh, M.D., my treating Psychiatrist. Additionally, they were aware of my assignment of the Commonwealth of Massachusetts, Executive Office of Health and Human Services, Department of Public Health, Department of Mental Health that Dr. Edwin E. A. Manzano, Ed.D., is assigned as my Case Manager.

The Remedy I seek is $4,000,000.00 or an amount determined by a Justice or Jury to a Health and Welfare Trust for my Benefit with Certified Public Accountant, Edward Sherman III, Trustee or another person with appropriate fidutiary understanding including and not limited to James T. Higgs, Managing Partner, The Foy Insurance Group, Timothy Mauser, Attorney at Law, Edgar L. Kelley, Attorney at Law, Alan Feinstein, Attorney at Law, Erle Myers, Ed.D., Charles Mellanger, Lic SW III, or Edwin E.A. Manzano, Ed.D.